UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY MARSHALL,<br><br>        Plaintiffs,<br><br>v.<br><br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>        Defendant. | Case No.: 1:19-cv-00052-LMB-TCB<br><br><br>Judge Leonie M. Brinkema<br>Magistrate Judge Theresa C. Buchanan |

**NOTICE OF SETTLEMENT AND REQUEST**
**FOR TERM TO FILE STIPULATION FOR DISMISSAL**

    Plaintiff, Bobby Marshall, notifies the Court that Plaintiff and Defendant Capital One Bank (USA), N.A. have reached what is in principle an agreement to settle all claims in this matter, and are in the process of completing the final settlement documents. Plaintiff respectfully requests the Court to set aside all case management deadlines and grant the parties a period of 14 days in which to file the appropriate stipulation for dismissal.

Respectfully submitted, on this 17th day of July 2019.

                                              By: */s/ Francis A. Webb*
                                              Francis Alexander Webb
                                              Law Office F A Webb, PLLC
                                              4103 Chain Bridge Rd., Suite 300
                                              Fairfax, VA 22030
                                              Tel: (703) 539-2003
                                              Email: frank@fawebb.com
                                              Attorney for Plaintiff, BOBBY MARSHALL

        Carlos C. Alsina-Batista
*Pro Hac Vice*
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-3331
Fax (657) 246-1311
E: CarlosA@jlohman.com
Attorney for Plaintiff, BOBBY MARSHALL

## CERTIFICATE OF SERVICE

I certify that on July 17, 2019 I filed Plaintiff's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202 661-2299
Email: sadlerj@ballardspahr.com
ATTORNEY TO BE NOTICED

        By: */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff, Bobby Marshall