UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOBBY MARSHALL,<br><br>                Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                Defendant. | Case No. 1:19-cv-00052-LMB-TCB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

      **NOW COME**, Plaintiff, Bobby Marshall, and Defendant, Capital One Bank (USA), N.A., through their respective undersigned attorneys and respectfully state and pray:

    1.    On January 1, 2019, Plaintiff filed the complaint in this case (Dkt. 1).

    2.    On March 20, 2019, Defendant answered the Complaint.

    3.    Federal Rule of Civil Procedure 41 provides, in relevant part:

> (a) Voluntary Dismissal.
>
> (1) *By the Plaintiff.*
>
> (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> **(ii) a stipulation of dismissal signed by all parties who have appeared.**
>
> (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4.     Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully notify the Court that they have stipulated to the voluntary dismissal of the Complaint, with prejudice. The parties will assume their own litigation costs.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant stipulation for voluntary dismissal of the present case, with prejudice.

Dated:  July 31, 2019            Respectfully submitted,

*/s/ Francis Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd. Suite 300
Fairfax, VA 22030
Tel. (703) 539-2003
Email: frank@fawebb.com
Attorney for Plaintiff


Carlos C. Alsina-Batista
Attorney for Plaintiff, Donna Lytle
The Law Offices of Jeffrey Lohman, P.C
4740 Green River Rd., Ste 310
Corona, CA 92880
T: (657) 363-3331
F: (657) 246-1311
E: CarlosA@jlohman.com
*Pro hac vice* admitted

and

By:  */s/ John D. Sadler*
John D. Sadler (VA Bar No. 80026)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
T: (202) 661-2200
F: (202) 661-2299
sadlerj@ballardspahr.com
*Attorneys for Defendant Capital One Bank  (USA) N.A.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the all CM/ECF participants, including Defendant's Counsel of record.

By: */s/ Francis Webb*
Francis Alexander Webb
Attorney for Plaintiff
