UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BOBBY MARSHALL,

            Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.

            Defendant.

Case No. 1:19-cv-00052-LMB-TCB

**ORDER OF DISMISSAL**

Plaintiff, Bobby Marshall ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Stipulation for Voluntary Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

/s/

Leonie M. Brinkema
United States District Judge

7/31/19